UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 14–31069
Chapter 13

Joyshell Hill

Debtor

ORDER DISMISSING BANKRUPTCY CASE

The debtor filed a motion to dismiss this chapter 13 bankruptcy case.

The case has not been converted under 11 U.S.C. §§ 706, 1112, or 1208. Accordingly, it is

**ORDERED** that this bankruptcy case is **DISMISSED.** It is

**FURTHER ORDERED** that the chapter 13 trustee's office shall file and serve on all creditors a final account reflecting the receipts and disbursements in this case.

All pending motions/objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee.

Dated: April 20, 2015

/s/ Dwight H. Williams Jr.
United States Bankruptcy Judge

NOTICE:
Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay the filing fee may result in additional collection proceedings.

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                             Case No. 14-31069-DHW
Joyshell Hill                                                      Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 1127-2          User: ewalker                Page 1 of 2          Date Rcvd: Apr 20, 2015
                              Form ID: odsm13              Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2015.
```
db            +Joyshell Hill,   229 Briarbrook Dr,   Montgomery, AL 36110-1609
3065512       +ALABAMA ER ADMIN,   C/O CMRE FINANCIAL,   3075 E. IMPERIAL HWY. STE 200,   Brea, CA 92821-6753
3065510       +ALABAMA ER ADMIN,   PO BOX 11047,   Birmingham, AL 35202-1047
3065511       +ALABAMA ER ADMIN,   P.O. BOX 4419,   Woodland Hills, CA 91365-4419
3065513        AT & T,   PO BOX 163250,   Columbus, OH 43216-3250
3076699       +Alabama Gas Corporation,   c/o Zarzaur & Schwartz, PC,   PO Box 11366,
                Birmingham, Al 35202-1366
3065514        BAPTIST HEALTH,   PO BOX 241145,   Montgomery, AL 36124-1145
3065516       +BAPTIST MEDICAL CENTER EAST,   PO BOX 241145,   Montgomery, AL 36124-1145
3065515       +BAPTIST MEDICAL CENTER EAST,   C/O HCBC,   1286 CARMICAHEL WAY,   Montgomery, AL 36106-3645
3065517       +BJ's Auto Sales LLC,   P O Box 312,   Fort Deposit, AL 36032-0312
3065518       +CERTEGY,   PO BOX 30046,   Tampa, FL 33630-3046
3065519      ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
               (address filed with court: CREDIT ACCEPTANCE,   25505 W. 12 MILE RD,   Southfield, MI 48034)
3065521       +DRM FOR ALA ER,   4320 DOWNTOWNER LOOP S,   Mobile, AL 36609-5446
3065522       +EMERGENCY MEDICAL SPECIALISTS,   3075 E. IMPERIAL HWY,   Brea, CA 92821-6733
3065507        EQUIFAX INFORMATION SERVICES LLC,   P.O. BOX 740241,   Atlanta, GA 30374-0241
3065509        EXPERION,   P.O. BOX 9701,   Allen, TX 75013-9701
3065525       +GREEN MEADOWS APARTMENT,   3364 FOUNTAIN LANE,   Montgomery, AL 36116-1461
3155350       +MERCHANTS ADJUSTMENT SERVICE,   PO BOX 7511,   56 N FLORIDA ST,   MOBILE, AL 36607-3108
3065526       +MONTGOMERY RADIOLOGY,   2055 NORMANDIE DR., STE. 108,   MONTGOMERY, AL 36111-2730
3065508       +TRANSUNION CONSUMER SOLUTIONS,   P.O. BOX 2000,   CHESTER, PA 19016-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3069826       +EDI: ATTWIREBK.COM Apr 20 2015 21:04:00      BellSouth Telecommunications, Inc.,
                % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
3065520       +EDI: DCI.COM Apr 20 2015 21:03:00      DCI,   10550 DEERWOOD PARK BLVD,
                Jacksonville, FL 32256-2805
3065520       +E-mail/Text: bankruptcynotices@dcicollect.com Apr 20 2015 21:16:08      DCI,
                10550 DEERWOOD PARK BLVD,   Jacksonville, FL 32256-2805
3065523       +EDI: AMINFOFP.COM Apr 20 2015 21:03:00      FST PREMIE,   3820 N LOUISE AVE,
                Sioux Falls, SD 57107-0145
3088530       +EDI: IRS.COM Apr 20 2015 21:03:00      INTERNAL REVENUE SERVICE, CIO,   P.O. BOX 7346,
                2970 MARKET STREET,   PHILADELPHIA, PA 19104-5002
3086661        EDI: JEFFERSONCAP.COM Apr 20 2015 21:04:00      Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617
3093235       +E-mail/Text: csidl@sbcglobal.net Apr 20 2015 21:15:55      Premier Bankcard/ Charter,
                P.O. Box 2208,   Vacaville, CA 95696-8208
3073401        EDI: Q3G.COM Apr 20 2015 21:04:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788
3065527       +EDI: SECFIN.COM Apr 20 2015 21:04:00      SECURITY,   PO BOX 3146,   Spartanburg, SC 29304-3146
3078676        EDI: SECFIN.COM Apr 20 2015 21:04:00      SFC-Central Bankruptcy,   P.O. Box 1893,
                Spartanburg, S.C. 29304-1893
3155354       +EDI: WFFC.COM Apr 20 2015 21:03:00      Wells Fargo Bank,   PO Box 63491 MAC A0143-042,
                San Francisco, CA 94163-0001
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3154699        (EAST) THE HEALTH CARE AUTHORITY FOR BAPTIST HEALT
3154695        (SOUTH) THE HEALTH CARE AUTHORITY FOR BAPTIST HEAL
3065524        GREEN MEADOWS APARTMENT,   3364 FOUNTAIN LANE
                                                                                 TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2015                                Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2015 at the address(es) listed below:

          Bankruptcy Administrator    ba@almb.uscourts.gov
          Craig  Allred    on behalf of Spec. Counsel David Craig Allred callred@allredpclaw.com
          Curtis C. Reding    trustees_office@ch13mdal.com
          Norman O. Grubbs    on behalf of Spec. Counsel Norman Osaygefo Grubbs ogrubbs@mylawyerlobby.com
          Richard D. Shinbaum    on behalf of Debtor Joyshell  Hill rshinbaum@smclegal.com, smclegalecf@gmail.com

                                                                                    TOTAL: 5